THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Manning Peterson,       
Appellant.
 
 
 

Appeal From Lee County
Howard P. King, Circuit Court Judge

Opinion No. 2003-UP-140
Submitted January 10, 2003 - Filed February 
 19, 2003  

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, 
 of Columbia for Appellant.
Deputy Director for Legal Services Teresa A. Knox,  
 Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benajmin Aplin, of Columbia; 
 for Respondent.
 
 
 

PER CURIAM:  Manning Peterson appeals from 
 his probation revocation, arguing the trial court erred in revoking his probation 
 in full.  Petersons counsel attached to the brief a petition to be relieved 
 as counsel, stating he had reviewed the record and concluded Petersons appeal 
 lacks merit.  Peterson filed a separate pro se brief.  After a thorough 
 review of the record, counsels brief, and Petersons brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Petersons appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.